UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>        Plaintiff,<br><br>    v.<br><br>ANWAR R. IMTAIR, et al.,<br><br>        Defendants. | Case No. 21-cv-09160-TSH<br><br>**ORDER TO SHOW CAUSE** |

On May 12, 2022, Plaintiff notified the Court that this matter had settled and that the parties intended to file a dismissal within 90 days. ECF No. 13. As such, the Court vacated all pending deadlines and ordered the parties to file a dismissal or status report by August 8. ECF No. 14. Plaintiff filed a status report on August 9 requesting an additional 60 days to file the dismissal, which the Court granted, setting a new deadline of October 11. ECF Nos. 15-16. After no dismissal or updated report was filed, the Court extended the deadline to October 18. ECF No. 17. Plaintiff filed an updated status report on that date, again requesting an additional 60 days. ECF No. 18. Although the Court extended the deadline to December 19, no dismissal or updated status report was filed, and the Court extended the deadline to January 3, 2023. ECF Nos. 19-20. No response has been received.

As Plaintiff has repeatedly failed to comply with court deadlines, the Court **ORDERS** her to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by January 12, 2023. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 19, 2023 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 4, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge